UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Roy W. Patterson,<br><br>    Defendant. | No. 1:22-cr-00168-KJM-1<br><br>ORDER |

On June 10, 2022, defendant Roy W. Patterson pled guilty to one count of obtaining or exercising unlawful possession over a property of another with the purpose to deprive the owner of the property in Yosemite National Park in the State and Eastern District of California in violation of 36 C.F.R. § 2.30(a)(1). *See* Mins. Plea & Sent'g, ECF No. 7; Crim. Compl., ECF No. 1. A magistrate judge sentenced defendant to 120 days incarceration with no probation to follow release. Mins. Plea & Sent'g.

Following sentencing, defendant appealed his sentence to the district court. *See* Notice of Appeal, ECF No. 11. The appeal is fully briefed. *See* Appellant's Br., ECF No. 16; Appellee's Br., ECF No. 17; Appellant's Reply Br., ECF No. 18. Defendant also filed a motion for release pending appeal. Mot., ECF No. 21. The then presiding district judge held a hearing on that motion on October 3, 2022. Mins. Hr'g, ECF No. 26. During that hearing, defense counsel informed the court "that the hearing may be moot [a]s defendant should be released as of

1

10/3/2022." *Id.*  The court terminated the motion for release pending release.  *See* Docket Entry (Oct. 4, 2022).  On May 9, 2024, this matter was reassigned to the undersigned.  *See* Order, ECF No 28.

Although defendant appears to have been released, the court is not able to confirm as much, and defendant has not withdrawn his appeal.  Accordingly, the parties are directed to file supplemental briefs addressing whether the appeal is now moot.  *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999); *United States v. Verdin*, 243 F.3d 1174, 1177–78 (9th Cir. 2001).  Each brief shall be no longer than five (5) pages and shall be filed within fourteen (14) days.

IT IS SO ORDERED.

DATED: May 30, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE